STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Rothschild Broadcast Distribution Systems, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>**Plaintiff,**<br><br>v.<br><br>EPIGNOSIS, LLC d/b/a TALENTLMS,<br><br>**Defendant.** | CIVIL ACTION NO. 5:21-cv-03117-NC<br><br>**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTION INVOLVING SAME PATENT** |

### PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTION INVOLVING SAME PATENT

Pursuant to Patent Local Rule 2-1(a) Plaintiff Rothschild Broadcast Distribution Systems LLC ("Plaintiff" and/or "RBDS") gives notice that this action is related to the following earlier filed actions pending in this District involving the same patent-in-suit filed within two (2) years of this case:

1. *Rothschild Broadcast Distribution Systems LLC v. Nest Labs, Inc.*; Case No. 3:19-cv-1913-SK (N.D. Ca (San Francisco Division)) (filed April 9, 2019);

2. *Rothschild Broadcast Distribution Systems LLC v. Manything Systems Limited*; Case No. 4:19-cv-01917-YGR (N.D. Ca (Oakland Division)) (filed April 19, 2019);

3.  *Rothschild Broadcast Distribution Systems LLC v. Blue Jeans Network, Inc.;* Case No. 3:21-cv-02685-LB (N.D. Ca (San Francisco Division)) (filed April 14, 2021); and

4.  *Rothschild Broadcast Distribution Systems LLC v. VIAAS, Inc.;* Case No. 4:21-cv-01848-YGR ((N.D. Ca (San Jose Division)) (filed March 16, 2021).

Dated: May 6, 2021     Respectfully submitted,

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff Rothschild Broadcast Distribution Systems, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Stephen M. Lobbin*
Stephen Lobbin