STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Rothschild Broadcast Distribution Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EPIGNOSIS, LLC d/b/a TALENTLMS,**<br><br>**Defendant.** | **CASE NO. 4:21-cv-03117-HSG**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or "RBDS") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Epignosis, LLC d/b/a TalentLMS, with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: June 30, 2021            Respectfully submitted,

                                /s/ Stephen M. Lobbin
                                Stephen M. Lobbin
                                sml@smlavvocati.com
                                SML AVVOCATI P.C.
                                888 Prospect Street, Suite 200
                                San Diego, California 92037
                                (949) 636-1391 (Phone)

                                **_Attorney(s) for Plaintiff Rothschild Broadcast
                                Distribution Systems, LLC_**

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                /s/ Stephen M. Lobbin
                                Stephen Lobbin